Geoffrey C. Haslam, No.7217
Scott T. Evans, No. 6218
Phillip S. Ferguson, No. 1063
CHRISTENSEN & JENSEN, P.C.
50 South Main Street, Suite 1500
Salt Lake City, Utah  84144
Telephone   :   (801) 323-5000
Fax        :       (801) 323-9037
*Attorneys for defendant Melaleuca, Inc.*

FILED
CLERK, U.S DISTRICT COURT

17 OCT 03 PM 4: 44

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| KAREN M. COOK and HOMER J. COOK,<br><br>Plaintiffs,<br><br>v.<br><br>MELALEUCA, INC. and JOHN and JANE DOES 1-5,<br><br>Defendants. | **STIPULATION TO PROTECTIVE ORDER**<br><br>Civil No. 1:02CV-36G<br><br>Judge Thomas J. Greene |
| MELALEUCA, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>PHOENIX LABORATORIES, INC., and JOHN and JANE DOES 1-15,<br><br>Third-Party Defendants. | |

1.      Plaintiffs, Melaleuca, Inc., and Third-Party Defendant Phoenix Laboratories, Inc., by and through their counsel of record, hereby stipulate to the entry of the Protective Order, a copy of which is attached hereto as Exhibit "A." Plaintiffs acknowledge that



the Protective Order is necessary because the documents they seek to review are confidential, proprietary or otherwise protected by Rule 26(c) of the Federal Rules of Civil Procedure.

DATED this 17th day of ~~June~~ October, 2003.

CHRISTENSEN & JENSEN, P.C.

_____
Geoffrey C. Haslam
Phillip S. Ferguson
Scott T. Evans
*Attorneys for Defendant Melaleuca*

DATED this 14th day of October, 2003.

ROBERT B. SYKES & ASSOCIATES, P.C.

_____
Cory B. Mattson
*Attorneys for Plaintiffs*

DATED this 12th day of Sept., 2003.

KIPP AND CHRISTIAN

_____
Heinz J. Mahler
*Attorneys for Third Party Defendant
Phoenix Laboratories, Inc.*

Exhibits/ Attachments to this document have **not** been scanned.

Please see the case file.